# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ZHENG RONG,                                          1:09-cv-01704 YNP [DLB] (HC)

                Petitioner,

    vs.                                          ORDER AUTHORIZING
                                                     IN FORMA PAUPERIS STATUS

ATTORNEY GENERAL, et al.,

                Respondents.

_____/

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

    IT IS SO ORDERED.

**Dated:   December 3, 2009**                    _____/s/ **Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE